**CIVIL DOCKET** NDA

# UNITED STATES DISTRICT COURT

Jury demand date: NJ

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| LAKE CHARLES<br><br>RICKEY DALE CONLEY and LANA GAIL CONLEY, by Lawrence H. Conley; ETHEL MARIE GREEN, by Nelson Green; JANIE B. LEWIS and PANDORA LEWIS, by Lloyd O. Lewis; JOHNNY E. RINGO and JEROME RINGO, by Earl Lawrence Ringo; DEBORAH WARE, REGINALD WARE, RONALD WARE, RODNEY WARE, DENNIS WARE, III & FRANCES WARE by Mrs. Mildred S. Ware; all students of City of Lake Charles School Board; and LINDA BOOKER, GEORGE BOOKER and KIRK BOOKER by Mrs. Zerline Booker; DAVID J. FONDAL, III, by David J. Fondal, II; LINDA LEWIS, HAROLD L. LEWIS, JR. and BARBARA LEWIS by Harold L. Lewis; and DWIGHT PRADIA by Mrs. Naomi Pradia, all Students of Calcasieu Parish School Board<br><br>3    VS.<br><br>LAKE CHARLES SCHOOL BOARD a corporation and G.W. FORD, Superintendent; and CALCASIEU PARISH SCHOOL BOARD, a corporation and H. A. NORTON, Superintendent | For plaintiff:<br>A.P.Tureaud, A.M.Trudeau, Jr., Ernest N. Morial, 1821 Orleans Ave.; New Orleans, La.<br><br>Norman J. Chachkin and ~~Constance Baker Motley, Jack Greenberg, Norman Amaker~~, 10 Columbus Circle, New York, 19, N.Y. 10019<br>and<br>Leo F. McDaniel, 117 S. Enterprise Blvd., Lake Charles, La.<br><br>Margrett Ford-501 Petroleum Tower Bldg. Shreveport, La.<br><br><br><br>For defendant:<br>Jack P.F. Gremillion, Attorney Gen. & William P. Schuler, Asst. Atty. Gen., 104 Supreme Court Bldg. New Orleans, La.; Frank T. Salter, Dist. Atty., & Henry L. Yelverton, 1st Asst. Dist. Atty., Calcasieu Parish Courthouse, Lake Charles, La.; AND for all Defts. |

| STATISTICAL RECORD | COSTS | | DATE 1964 | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed   Made | Clerk 2-3-64 | 15.00 | 2-3 | AP Tureaud | 15.00 | |
| | "NotAppP 11-29-68 | 5.00 | 2-4 | CD#T-32 | | 15.00 |
| | | | 11-29-68 | NAACP | 5.00 | |
| | | | 12-4-68 | CD#T-23 | | 5.00 |
| J.S. 6 mailed | Marshal 2-13-64 | 12.88 | 6-26-70 | M. Ford | 5.00 | |
| SuitForPrel.&Perm.Inj.against operation of biracial school | " 4-19-67 | 6.00 | 7-1-70 | CD#T-1 | | 5.00 |
| Basis of Action: systems & the continued assignment of students & teachers on basis of race or color & construction of new schools pursuant thereto; alternatively that Defts. submit desegregation plans. | Docket fee 6-25-70 ps NotofApp. | 5.00 | | | | |
| Action arose at: | Witness fees | | | | | |
| | Depositions | | | | | |

| DATE 1964 | LAKE CHARLES — PROCEEDINGS | Date Order Judgment Not |
|---|---|---|
| 2-3-64 | Original complaint, Exhibits A & B, Motion for Preliminary Injunction and brief in support thereof, filed. | M |
| 2-3-64 | Original summonses (4) with copies for service, issued. | |
| 2-13-64 | Returns (4) on summonses filed: All Defts. served 2-5-64 except HA Norton who was served 2-7-64. | |
| 4-1-64 | By letter to Clerk dated this date, copy of which went to AP Tureaud, Leo McDaniel, Jack P.F. Gremillion & Frank T. Salter, Judge Hunter advised Clerk that a pretrial conference was set for hearing at Lake Charles, La. on Monday May 18, 1964; at the request of counsel for plaintiffs. | |
| 5-19-64 | Letter of May 18, 1964 from Judge Hunter to Clerk directing that the following minute entry be made in this case, filed: "The pretrial conference scheduled for this day (5-18-64) was not held. The Court contacted Mr. Tureaud, Chief Counsel for plaintiffs, and agreed that another pre-trial would be held upon Mr. Tureaud's request." | |
| 9-15-64 | Motion by A.P. Tureaud and order enrolling Leo F. McDaniel as one of the attorneys for plaintiffs herein, filed. (EFHJR) | |
| 10-7-64 | Copy of letter from Judge Hunter to Messrs. Gremillion, Hewitt, McDaniel, Rutledge, Salter, & Tureaud, Sr. advising them that, pursuant to request of plaintiffs' counsel the Court hereby sets a pre-trial conference in this matter for 10 AM on Monday, October 26, 1964, filed. | |
| 10-26-64 | Letter from Judge Hunter dated 10-26-64 filed on 10-27-64 directing that the following minute entry be made: "Pretrial held this date. A general discussion ensued between court and counsel. It was understood that counsel for defendants will file answer within 20 days. The previous delay in filing answer had been by agreement of counsel." (EFHJR) | |
| 11-25-64 | Answer to plaintiffs' complaint filed on behalf of defendants. | |
| 12-14-64 | Plaintiffs' motion for summary judgment and brief in support thereof, with proposed order thereon fixing same for hearing, filed. (Original mailed to Judge Hunter for purpose of considering the signing of said order) | a RT |
| 12-17-64 | Copy of letter from Judge Hunter to counsel of record dated 12-16-64 advising them that plaintiffs' motion for summary judgment is referred to the merits & that case is set for trial on its merits beginning at 9:30 AM on Wed. 2-3-65, filed. | |
| 2-3-65 | Case came on for trial without jury before Judge Hunter, both counsel announced ready. By agreement of counsel for both sides, the case was submitted to the Court on the record and upon an oral stipulation dictated into the record by the Court; upon the record and upon the stipulations of counsel, the Court Ordered Judgment in favor of the plaintiffs and against Defendants as fully set out in the Court's Order this date signed and filed. (EFHJR) Copies of said order were personally handed to each attorney present at the trial by the Clerk upon instructions of Judge Hunter. (Said order directs that Defts. be enjoined from assigning pupils to public schools based solely on race & requires Defts. to submit plan of desegregation with all deliberate speed & allows Defts. 30 days for submission of said plan or plans & giving Pltfs. 15 days within which to respond in any manner. The Court retains jurisdiction of this cause for such futher proceedings as are necessary and proper.) | |
| 4-23-65 | Plans (2 documents) for integrating schools of Calcasieu Parish and schools of City of Lake Charles; and Order of Court approving said plans with the amendments and modifications set forth therein, filed. Copies of said order mailed by Judge Hunter to Mr. Yelverton and Mr. Tureaud. | |
| 7-28-65 | Plaintiff's Motion for revising plan, certificate of service and proposed order thereon fixing hearing on said motion, filed. Original thereof mailed to Lake Charles Deputy for submission to Judge Hunter. | |
| 8-5-65 | Order of Judge Hunter fixing hearing on 7-28-65 motion at Lafayette, La. on 8-10-65 filed. Clerk verbally advised by Judge Hunter that all parties had been notified thereof. | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1965 | LAKE CHARLES | | | |
| 8-10-65 | (Laf.Minutes) This case & Nos. 10902, 10903, 10912, 11053 & 10125 came on for hearing on motions by Pltfs. in each case for a revised plan of desegregation in accordance with the 5th Circuit Ruling in Singleton vs. Jackson Municipal Separate School District. The motions were taken under consideration by the Court pending decisions of cases now on appeal in the 5th Circuit. All School Boards were instructed to file with the Clerk letters of approval of plans by the Dept. of Health, Education & Welfare within the next 5 days or as soon thereafter as received from the Dept. of Health. (RJP& EFHJR) Notice of entry given.     (LC CitySchool Board) | | | |
| 8-13-65 | Letter from counsel for defendants with attached copy of Dept. of Health approval letter, filed. | | | |
| 8-18-65 | Letter from counsel for defendant Calcasieu Parish School Board with attached copy of Dept. of Health approval letter, filed. | | | |
| 8-23-65 | Order of Judge Hunter amending order of 4-21-65 so as to require Defts. to desegregate Grades 2 & 11 with the 1956-1966 school year in addition to Grades 1 & 12 & setting forth wording ob publication of Notice & deadline for acting on applications for transfer, filed. Counsel of record present in Chambers with the Court at the time order was entered. | | | |
| 4-5-66 | Order of Judge Hunter further amending order of 4-21-65 so as to require Defts. to desegregate Grades 3,4,9&10 by Fall term 1966 and Grades 5,6,7&8 by fall Term of 1967; providing for notification to parents thereof; and giving parties 20 days from service of said order to file objections thereto, filed.(EFHJR) Clerk advised by Judge Hunter's Secy. that copies of this order were mailed 4-4-66 to all counsel of record. | | | |
| 8-12-66 | Motion by plaintiffs for further relief to require Defts. to revise desegregation plan in force so as to, among other things, require desegregation of faculty and staff personnel, filed. | | M | |
| 8-16-66 | Interrogatories propounded by plaintiffs to defendants, filed. | | | |
| 8-30-66 | Motion by defendants and order extending time in which movers may answer plaintiff's interrogatories to 10-1-66, filed. Notice of entry given.(EFHJR) | | | |
| 10-10-66 | Answers by G.W.Ford, Supt. of Lake Charles City Schools, and of H.A.Norton, Supt. of Calcasieu Parish Schools, to plaintiffs' interrogatories, with attachments, filed. | | | |
| 4-17-67 | This case came on for hearing on motion filed by plaintiffs for an entry of decree by the Court in accordance with the Fifth Circuit Court of Appeals, decision of 3-29-67 regarding school desegregation cases, submitted and granted with certain exceptions. Formal decree entered, signed and filed. (efhjr) | | | |
| 4-19-67 | Return on writs or decree, filed. Service made 4-17-67 in Courtroom in Lake Charles, La., on Lake Charles Schol Bd. thru Asst. Dist. Attorney in person; and Calcasieu Parish school Board thru Asst. Dist. Atty. in person. | | | |
| 9-18-67 | Reports by Calcasieu Parish School Board filed pursuant to Court's order of 4-17-67, filed. | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1967 | LAKE CHARLES | | | |
| 9-22-67 | Letter to Clerk from Judge HUnter with attached additional report (1 page) made by Dr. Moses of the Calcasieu Parish School System, filed. | | | |
| 11-14-67 | KX Report by Deft. School Board required by SectionVI of Court's order of 4-17-67, filed. | | | |
| X12-11-67 | Motion by plaintiffs for further relief and Notice of hearing thereon, filed. (Also applies to Case No. 10902) | ✓ | | |
| 1-3-68 | Copy of Letter from Judge Hunter to Wm. Bennett Turner advising Mr. Turner that pending motions for further relief will beheard at Lake Charles, La. on Monday 1-15-68 at 9 AM, filed. | | | |
| 1-15-68 | Case came on for hearing on motion by Pltf. for further relief, entire Clerk's record introduced & filed in evidence by plaintiffs; evidence, etc. adduced by Defts; and the Court ordered the case taken under advisement on briefs to be filed by plaintiffs within 5 days and by counsel for Defts. 5 days thereafter. (EFHJR) | | | |
| 1-19-68 | Plaintiff's postXX hearing brief filed. (Copy of original that was sent directly to Judge Hunter). Also applies to Nos. 10902 & 10946-Alex.Div.) | | | |
| 1-23-68 | Letter to Clerk from Mr. Yelverton with attached affidavit of Dr. Paul J. XXXAX Moses filed pursuant to Judge Hunter's order at hearing of 1-15-68, and mailed to Judge Hunter. | | | |
| 1-30-68 | Ruling (opinion) by Judge Hunter, with attached exhibit, denying motion for XXXX further relief, filed. Copies thereof mailed by Judge Hunter to Messrs. Tureaud, Gremillion & Yelverton. Entire record & docket sheet returned. | | | |
| 2-22-68 | Copy of Judge Hunter's letter of 2-21-68 to Supt. of Schools Calcasieu Parish, with attached letter of 2-13-68 from said Supt. & letter of 2-17-68 from Mr. Tureaud, regarding certain deviations in procedure from the of the Court order regarding school integrations for 1968-69, filed. | | | |
| 4-24-68 | Motion by plaintiffs to supplement record so as to ascertain compliance with faculty integration Requirements, Notice thereof, andX Attached Interrogatories xxxxx Propounded by plaintiffs to defendants, filed. | | | |
| 4-30-68 | Order of Judge Hunter granting plaintiffs' 4-24-68 motion & directing Defts. to served on Attys for Pltfs. on or before 6-1-68 answer to interrogatories attached to said motion, filed. (EFHJR) Counsel notified thereof by Judge Hunter. | | | |
| 5-31-68 | Answer by Calcasieu Parish School Board to interrogatories attached to plaintiffs' 4-24-68 motion, filed. | | | |
| 6-3-68 | Report Required by US Court of Appeals Order of 3-29-67 on Choice Period for 1968-69 School Year, filed. | | | |
| 9-3-68 | Interrogatories propounded by Plaintiffs to defts in this case with certificate of service, filed. | | | |
| 9-20-68 | Report(s) required by Court's previous orders filed by Deft. School Board. | | | |
| 10-8-68 | Report of per pupil expenditure and Pupil-Teacher & Pupil-Classroom Ration, filed by Deft. School Board. | | | |
| 10-9-68 | Answers by deft. school board to interrogatories propounded to them by plaintiffs with attachments thereto, filed. (One documents also pertains to 10,902) | | | |

See next Page

D. C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1968 | | |
| 10-8-68 | Order of Court outlining in detail subject matter to be covered at November 12, 1968 hearing entered by Judge Dawkins. Notice of entry given to counsel of record by mailing mimeograph copy of letter to them. | |
| 10-23-68 | Letter to Clerk from counsel for Calcasieu School Board and handwritten order of Judge Dawkins, Jr. permitting said attorney to withdraw 10-9-68 answers to interrogatories for purpose of making copies of maps attached thereto for counsel for plaintiffs & to thereafter return same to Clerk, filed. | |
| 10-30-68 | Documents mailed 10-23-68 to counsel for Defts. returned this date. | |
| 1-4-68 | Brief on behalf of plaintiff in re hearing set for 11-12-68, filed. | |
| 1-5-68 | Brief on behalf of Deft. School Board in re hearing set for 11-12-68, filed & delivered to Judge Dawkins, Jr.        (ALEXANDRIA MINUTES) | |
| 11-12-68 | A pretrial conference was held in Chambers in all Western District of Louisiana School Board Cases. All of these cases came on for hearing on questions of zoning of attendance Districts and reassigning facilities and staffs. One witness was called on behalf of all defendants and ordered that evidence be closed subject to later filings hereto-fore provided for. Matter argued by counsel for private plaintiffs and defendants, submitted and taken under advisement. (BCDJR, EFHJR & RJP) | |
| 11-14-68 | Per Curiam Decision by All 3 Judges of this District, holding among other things, that present desegregation plans are adequate to convert dual school system to a unitary system in which racial discrimination would be eliminated, that "Freedom of Choice" under Jefferson decree has real prospects for dismantling dual system, but directing Deft. School Board to render a XXXX report 3-1-69 with reasonable specificity that Board's XX plan for further faculty integration to carry out commands of 5th Circuit in Jefferson & Bessemer; and retaining jurisdiction so that further findings, if they are required, can be made by the Court after receipt of the 3-1-69 reports, filed.(BCDJR, EFHJR, & RJP) For further details, see said decision. Copies thereof mailed by Clerk to Mr. Tureaud & Mr. Yelverton. | |
| 11-22-68 | Court Reporter's transcript of proceedings of 11-12-68 filed. (Pertains to all School Board cases) | |
| 11-29-68 | Plaintiffs' Notice of Appeal from 11-13-68 Decision filed. No copies thereof mailed by Clerk to opposing counsel by Clerk, as none for that purpose were furnished, but Clerk noted that Atty for plaintiff had done this. | |
| 12-4-68 | Plaintiffs' Appeal Bond in sum of $250.00-J.Henry Simms, Surety, filed. (Also Applies to Nos. 10687, 10902, 10903, 10912, 10946, 11053, 11054, 11055, 11125, 11126, 11130, 11297, 11304, 11314, 11329, 11351, 11501, 11577, 11908, 12071, 12169, 12171, 12177, 12265, 12589, 12721, 12722, 12880, & 12924). | |
| -19-68 | Private plaintiffs' designation of contents of record on appeal, filed. (Applies to all cases listed in preceding entry) | |
| -19-68 | Motion by plaintiffs and order extending the time for docketing record on appeal to ninety (90) days from November 29, 1968, filed. Original thereof mailed to Clerk of the Court of Appeals. Notice of entry given by clerk to opposing counsel by mailing copies of this entry to attorneys shown on Mr. Turner's Certificate. (Applies to all cases listed in 12-4-68 entry. | |
| 1-6-69 | Court Reporter's Transcript (1 Vol.49 Pages) of 11-12-68 XXXXXXX proceedings, not heretfore transcribed, filed.(Also applies to all School Board Cases) | |
| 1-20-69 | Certified copy of appellat court order consolidating that Court's case Nos. 27087, 27054, and 27106 & expedited for hearing by not later thant latter part of April, 1969 and directing Clerk of WD of La. to file the original recores and exhibits in said cases by not later than 1-25-69, filed. (Also applies to All WD La. School Board Cases with exception of Nos. 12178, and No. 11501.) | |

(OVER)

| DATE 1969 | PROCEEDINGS | Date Order o Judgment No |
|---|---|---|
| 1-24-69 | Entire record and docket sheet including documentary evidence mailed to Clerk of the Court of Appeals. | |
| 1-28-69 | Per Curiam by Judges Dawkins, Hunter, & Putnam to which is attached two (2) pages of Statistics with respect to teachers and pupils in schools of predominantly different race for 1967 and 1968, filed; and MAILED TO EDWARD W. NXN WADSWORTH, Clerk US Court of Appeals PURSUANT TO INSTRUCTIONS OF JUDGE DAWKINS, JR. (Also applies to all other school board desegregation cases. | |
| 3-14-69 | Per Curiam order by Judges Dawkins, Hunter & Putnam, entered in the minutes of Court at Shreveport, La. this date, by direction of Judge Dawkins, Jr., directing that action be deferred on the March 1, 1969 reports from Deft. School Boards until the Fifth Circuit actions on the pending appeals in this case & the other cases from which an appeal was taken from the Court's 11-13-68 order; AND directing that all assignments of teachers, administrative staff and other employees of the Deft. Boards, for the 1969-70 school year shall be made expressly subject to any modification or change in the present desegregation plans that may hereafter be required.(BCDJR), (EFHJR)( &RJP) (Also applies to Nos. 10687, XNXX 10902, 10903, 10912, , 10946, 11053, 11054, 11055, 11125, XXX 11126, 11130, 11297, 11304, 1131411329, 11351, 11501, 11577,11908, 1207112169, 12171,12177, 12265, 12589, 12721, 12722, 12880, and 12924.) | |
| 6-2-69 | Reporter on "Choice Forms" pursuant to Court's order of 3-29-67 attached to letter from Supt. of Schools for Calcasieu Parish, filed. District Court | |
| 6-2-69 | Mandate of Court of Appeal X Reversing & Remanding/Judgment of 11-14-68, with attached copy of opin;ion of that Court, filed. (Also applies to Cases listed in 3-14-69 Entry) | |
| 6-2-69 | Motion by plaintiffs to require NXNX defendants to file with their proposed plan in accord with 6-2-69 mandate the documents described in said motion, filed. (Also applies to Nos. 10946-A and 10902-LC.) | M |
| 6-3-69 | Order of Judge Dawkins, Jr., written on the 6-3-69 motions by plaintiffs denying said motions for order that Defts. File documents described therein, with their new plans for reasons set forth therein, but directing that Deft. School Boards make such information available, in their offices, for inspection etc. by counsel for plaintiffs, filed. (BCDJR) Notice of entry given by Clerk to counselof record by mailing copies of said order to them, with a copy of this entry. | |
| 6-5-69 | En banc order of Court based on 5-28-69 Mandate of Court of Appeals requiring Defts., among other things, to develop and submit, in conjunction with Dept. of HEW new plan of desegregation in the manner set forth therein within 30 days from 6-5-69, filed. Copies thereof mailed by Clerk to Counsel of record and Supts. of Deft. School Boards. | |
| 7-5-69 | Proposed PXPlan of Desegregation filed by Dept. of HEW in accord with 6-5-69 order. | |
| 7-5-69 | Deft. Boardx's Plan filed in accord with X 6-5-69 order. | |
| 7-5-69 | EN BANC Order of Court directing Deft. Boards & HEW to confer in depth to arrive at mutually acceptable plan & extending for 16 days the time to finalize such plans and/or make reports thereon, filed. Notice of entry given by mailing copies to Attys of Record, Supts. & HEW. | |
| 7-8-69 | Supplement to Court's order of 7-5-69D filed. Notice of entry given by mailing copies thereof to Attys of Record, Supts. & HEW. | |
| 7-10-69 | Order issued by Clerk by direction of Judge Hunter setting a conference at Lake Charles, La. at 9:30 AM on 7-21-69, which sets forth matters to be covered at said hearing. Copies thereof mailed by Clerk to: Tureaud, Greenberg, Gremillion, Salter & Superintendents. | |
| 7-11-69 | Copy of Appellate Court order denying Motion by School Boards to recall & stay mandate pending filing & disposition of Petition for Writ of Certiorari, filed. | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1969 | | PLAINTIFF | DEFENDANT | |
| 7-24-69 | Order of Judge Edwin F. Hunter, Jr., regarding School System for the 1969-1970 yrs. plan of desegregation for CALCASIEU PARISH SCHOOL BOARD DECREEING among other things regarding the separate wards, that The School Board bxxxx shall do every thing in its power to recruit and reassign teachers so as to provide for a substnatial degree of facualty intergration., further that the plan of the School Board is APPROVED, WITH SCHOOL BOARD PLAN ATTACHED THERETO, SIGNED AND FILED. (efhjr) | | | |
| 8-6-69 | Motion by defendants to file Record with XXX Supreme Court of U.S. and Order of Judge Dawkins, Jr. directing Clerk of this XXX CourtXX to lodge with Clerk of said Supreme Court no later than 8-23-69 ENTIRE ORIGINAL RECORD in this case and all other WD La. School Board Cases with exception of Nos. 12178, 14796 & 14797, which shall xx NOT INCLUDE anything filed after May 28, 1969; filed. (BCDJR) | | | |
| ✶ 7-21-69 | Case came on for trial, in Re New Desegregation Plan, counsel for both sides announced ready, evidence, etc. adduced by Deft. School Board until 11:50 AM at which time the Court orally dictated an order into the record, and instructed counsel for the School Board to prepare for the Court's signature a formal judgment in accord with the Court's oral findings.(EFHJR) | | | |
| 8-26-69 | Certified copy of Appellate Court order amending that Court's order of 5-28-69 so as to expedite any appeals taken from District Court's Desegregation orders with respect to ONLY the 1969-70 school year, & requiring that appeals from said orders with respect to years subsequent thereto be in accord with the FRAP, filed. | | | |
| 9-29-69 | Reports filed by the Calcasieu Parish School System, as required by the U. S. Court of Appeals, filed. | | | |
| 3-12-70 | Motion by plaintiffs for further Relief "Based on Singleton and Carter Decisions", Certificate ofService; and attached proposed Orders (Two (2)) filed by Clerk this date and mailed to Judge Hunter to take such action thereon as he deems proper in the premises. | | | |
| 3-16-70 | Copy of letter to counsel of record from Judge Hunter advising the school board to file a new desegregation plan on or before April 1, 1970, completely implementing as of the beginning of the 1970-71 school year, providing for a completely unitary school system, including all the terms and conditions set forth in Singleton. Counsel to agree on a date for formal hearing on the new plan to be filed. (EFHJR) | | | |
| 3-19-70 | Plan by Calcasieu Parish School Board completing the unitization of the schools in accordance with requirements of the U. S. Fifth Circuit Court of Appeals, with attached tabulation and maps, filed. Clerk verbally advised that Judge Hunter received a copy of said plan. | | | |
| 3-23-70 | Answer by Defendants to plaintiffs' motion for further relief, filed. | | | |
| 4-14-70 | Case came on for hearing on proposed plan submitted for for 1970-1971 School Year, oral testimony adduced and documentary evidence filed on behalf of the School Board. The case ordered taken under advisement on briefs to be filed by counsel for plaintiff by April 23, 1970, and counsel for the School Board immediately thereafter. (EFHJR) | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1970 | LAKE CHARLES | PLAINTIFF | DEFENDANT | |
| 5-4-70 ** | Plaintiffs' brief on the matter argued 4-14-70, filed, and MAILED TO Judge Hunter. | | | |
| 6-12-70 | Copy of Opinion by Judge Hunter rejecting HEW Plan, & approving the School Board's revised plan which is attached and listed as exhibit A, constituting a bi-racial committee following instructions of the 5th Circuit, for further details, see said opinion, filed. Notice of entry not given as Judge Hunter mailed copy of opinion to all counsel. Record not returned alone with original opinion and attached Exhibit A. | | | |
| 6-25-70 | Plaintiffs' notice of appeal from court order signed June 11, 1970, filed. Copy thereof mailed by clerk on 6-26-70 to Messrs. Gremillion and Salter. | | | |
| 6-29-70 | Plaintiffs' cost bond on appeal in sum of $250.00, Willie Berry, Surety, filed. | | | |
| **5-21-70 | Court Reporter's transcript of proceedings of April 14, 1970, (1 Volume 120 Pages), filed. documents filed 3-12-70, to present date | | | |
| 7-2-70 | Record on appeal consisting of/xxxxxxxxxxxxd and exhibit mailed to clerk of the court of appeals pursuant to Rule 10 of the Rules of Appellate Procedure. | | | |
| 8-31-70 | Recommendations of the Calcasieu Parish Bi-Racial Committee received from Judge Hunter and filed. | | | |
| 9-2-70 | Opinion-Order (certified) of Court of Appeals affirming in part and denying in part district court's judgment and remanding case back to district court and directing district court to enforce plan of desegregation described therein or to approve any other arrangement that achieves substantially the same results shown on Appendix "A" & "B" to said Appellate Court order, filed. (Record on appeal not returned with said order). | | | |
| 9-18-70 | Order by all 3 Judge of This Court directing Deft. school Board to file objective criteria with Clerk of this Court within 15 days from 9-18-70 for the dismissal or demotion of teachers and staff members, filed. (BCDJR)(EFHJR)(RJP) Notice given by Clerk to Supt. of Schools in accord with instructions of Judge Dawkins, Jr. | | | |
| 9-22-70 | Clerk instructed by Judge Dawkins, Jr. to make following minute entry in all "SchoolBoard Case": "The time is extended from 15 days to 30 days frrom September 18, 1970, for the adoption & filing with the Clerk of this Court from each Parish, the objective criteria for dismissal or demotion of faculty and staff, as set out in or order of September 18, 1970. (BCDJR)" Notice of entry given by Clerk on 9-22-70 by mailing copies of this entry to the Supt. of Schools for each of the school districts wherein desegregation cases are pending and/or filed. | | | |
| 10-8-70 | Amicus Curiae motion by Louisiana School Board Association for, and order of court extending time in which deft. school boards may file objective criteria in accord with the Court's order of 9-18-70 to a date on or before commencement of the second semester of the 1970-1971 school year; filed. (BCDJR)(EFHJR)RJP) Notice of entry given to each school board superintendent concerned by the mailing to him of a certified copy of said order. (This was done for the Clerk by Executive Secretary of Louisiana School Board Association and with cooperation of counsel for mover). (Also applies to all other school board cases this District). | | | |
| 11-17-70 | **List of number of white students, number of black students, and total number of students in the schools of Calcasieu Parish** as of the end of the first six weeks, Oct. 15, 1970 filed by C. W. Hanchey, Superintendent, per Judge Hunter's request, filed. | | | |

| DATE 1971 | LAKE CHARLES  FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 3-29-71 | Statement of Objective Nonracial Criteria filed by Defendant School Board pursuant to order of court of 9-18-70, with attachment, filed. | | | |
| 8-30-71 | Notice of change of address by Margrett Ford to 501 Petroleum Tower Building, Shreveport, La., filed. | | | |
| 11-04-80 | MOTION(Ps) for addi relief, referred to EFH,JR. (dm) | | | |
| 4-30-12 | ***ALL FUTURE ENTRIES MAY BE FOUND IN CM/ECF*** 64-CV-09981 | | | |